IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOURCEONE DENTAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATTERSON COMPANIES, INC., et al., <br><br> Defendants. | Civil Action No. 15-cv-05440-BMC-GRB |

**DECLARATION IN SUPPORT OF BENCO'S OPPOSITION
TO SOURCEONE'S MOTIONS *IN LIMINE***

I, Howard D. Scher, declare the following pursuant to 28 U.S.C. § 1746:

1. I am a shareholder with the law firm of Buchanan Ingersoll & Rooney PC, attorneys for Benco Dental Supply Company ("Benco") in the above-captioned matter. I submit this declaration based on my personal knowledge and in support of Defendant Benco's responses to the motions *in limine* of SourceOne Dental, Inc. ("SourceOne").

2. Attached as exhibits to Benco's Responses are true and correct copies of the documents listed below:

| Exhibit | Exhibit Description | Relevant SourceOne MIL | Filed Under Seal Provisionally? |
|---|---|---|---|
| Exhibit A | April 2014 e-mail chain between SourceOne and the Arizona Office of the Attorney General ("AZ OAG"), with the top e-mail dated 04/25/2014. | MIL #2 | No |

| Exhibit B | Memorandum by Donovan Osio discussing SourceOne's conversations with AZ OAG. | MIL #2 | Yes |
|---|---|---|---|
| Exhibit C | May 2014 e-mail chain between SourceOne and the AZ OAG, with the top e-mail dated 05/14/2014. | MIL #2 | Yes |
| Exhibit D | May-June 2014 e-mail chain between SourceOne and the AZ OAG, with the top e-mail dated 06/28/2014. | MIL #2 | Yes |
| Exhibit E | May-June 2014 e-mail chain between SourceOne and the AZ OAG, with the top e-mail dated 06/28/2014. | MIL #2 | Yes |
| Exhibit F | September 2014 e-mail chain between SourceOne, the AZ OAG, and the Texas office of the Attorney General ("TX OAG"), with the top e-mail dated 09/09/2014. | MIL #2 | No |
| Exhibit G | October 2014 e-mail chain between SourceOne and the AZ OAG, with the top e-mail dated 10/23/2014. | MIL #2 | Yes |

| Exhibit H | January 2015 e-mail chain between SourceOne, the AZ OAG, and the TX OAG, with the top e-mail dated 01/28/2015. | MIL #2 | No |
|---|---|---|---|
| Exhibit I | January 2015 e-mail chain between SourceOne, the AZ OAG, and the TX OAG, with the top e-mail dated 01/29/2015. | MIL #2 | No |
| Exhibit J | April 2015 e-mail chain between SourceOne and the TX OAG, with the top e-mail dated 04/09/2015. | MIL #2 | Yes |
| Exhibit K | April 2015 e-mail chain between SourceOne and the TX OAG, with the top e-mail dated 04/09/2015. | MIL #2 | No |
| Exhibit L | April 2015 e-mail chain between SourceOne and the TX OAG, with the top dated e-mail dated 04/20/2015. | MIL #2 | No |
| Exhibit M | June 2015 e-mail chain between SourceOne and the TX OAG, with the top dated e-mail dated 06/15/2015. | MIL #2 | No |

| Exhibit N | June 2015 e-mail chain between SourceOne and the TX OAG, with the top dated e-mail dated 06/23/2015. | MIL #2 | No |
|---|---|---|---|
| Exhibit O | Chart depicting lines of designated video testimony in this matter. | MIL #5 | No |

I declare under penalty of perjury that the above is true and correct.

Date: August 19, 2019         */s/ Howard D. Scher*

                                                 Howard D. Scher (admitted *pro hac vice*)

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, I caused to be filed electronically the foregoing document with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's CM/ECF system.

*/s/ Howard D. Scher*